Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Civil Division

2018 APR -3 PM 2:18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

David Edward Howe

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Enterprise Holdings, Inc

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:18-CV-218-FtM-29CM
*(to be filled in by the Clerk's Office)*

FtMD18-250

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | David E. Howe |
| Street Address | 2121 Collier Ave. Unit #501 |
| City and County | Fort Myers, Lee County |
| State and Zip Code | Florida 33901 |
| Telephone Number | 330-844-0131 |
| E-mail Address | deh@davidhowe.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Enterprise Holdings, Inc dba National Car Rental
- Job or Title *(if known)*:
- Street Address: 600 Corporate Park Drive
- City and County: St. Louis, Saint Louis County
- State and Zip Code: MO 63105
- Telephone Number: (314) 512-5000
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* David E. Howe , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

  b.  If the defendant is a corporation

      The defendant, *(name)* Enterprise Holdings, Inc., is incorporated under
      the laws of the State of *(name)* Missouri, and has its
      principal place of business in the State of *(name)* Missouri.
      Or is incorporated under the laws of *(foreign nation)* _____,
      and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff was harmed intentionally and the actions involve, at least, fraud and civil conspiracy. The result of the harm included an incredible and extraordinary amount of time, energy, and money, to fully remedy and address the fraud, which included visits to the Florida Attorney General and the Washington D.C. office of U.S. Senator Marco Rubio. The harm was particularly abusive and resulted in emotional stress and suffering. The compensatory and punitive damages are well in excess of $75,000.00, the plaintiff strongly contends.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pages attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Howe has suffered profoundly from this civil theft and fraud. Plaintiff has traveled extensively over the past 15 months to state and federal offices pursuing a remedy to protect other victims and to mitigate the possibility of future criminal exposure. Plaintiff has published more than a dozen stories involving this crime at a cost of thousands of U.S dollars (i.e. Business Wire). Plaintiff was interviewed by a local news agency in his home. Plaintiff invested substantial time and energy with Lee Port Authority Police, The Florida Attorney General, and trips to Tampa, Miami, and Washington D.C. as a direct result of the bad acts and deliberate actions of the defendant. Plaintiff has discussed this harm with a myriad of peers, consumers, professionals, and other citizens who have all agreed that this is a particularly abusive case that must be detailed on an open court docket. Defendant Enterprise Holdings, Inc. later retaliated against Plaintiff and has engaged in federal UDAAPs. This case is particularly germane for substantial punitive damages and plaintiff Howe is eager to present the facts to the court and to the jury. The ultimate goal, after compensatory damages -- and the possibility of substantial punitive damages determined by a jury of peers – is to use this crime to benefit other victims and for federal legislative changes indicated for the car rental industry (i.e. uniform and predictable standards). Plaintiff is also entitled to relief for the extreme stress and mental anguish that resulted from the intentional negligence of the defendant.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       04/03/2018

Signature of Plaintiff    *D. Howe*
Printed Name of Plaintiff    David E. Howe

*2121 Collier Ave #501*
*Ft. Myers, FL 33901*

### B. For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |